IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DENISE YINGLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cv-00041 ) ) Judge Nixon |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) Magistrate Judge Knowles ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff Denise Yingling's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 15.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 20 at 26–27.) The Report was filed on June 20, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 27.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT